AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Mensah, Shirley P. | **2. Court or Organization**<br><br>United States District Court, Eastern District of Missouri | **3. Date of Report**<br><br>12/30/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge Full Time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| |
|---|
| **7. Chambers or Office Address**<br><br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>St. Louis, Missouri 63102 |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | New City School Board of Trustees |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mensah, Shirley P. | 12/30/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Pfizer - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mensah, Shirley P.** | 12/30/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. New City School | Tuition | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mensah, Shirley P.** | 12/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Bank of America - Checking | A | Interest | J | T | | | | | |
| 2.   First Community - Checking | A | Int./Div. | J | T | | | | | |
| 3.   ING Direct/Capital One - Savings | C | Interest | N | T | | | | | |
| 4.   IRA #1(H) | | | | | | | | | |
| 5.   --FVD (X) | A | Dividend | K | T | Buy | 01/15/19 | K | | |
| 6. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 7.   --FGD(X) | A | Dividend | J | T | Buy | 02/19/19 | J | | |
| 8. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 9.   --FTCS(X) | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 10.   --IJR | A | Dividend | J | T | Buy (add'l) | 01/15/19 | J | | |
| 11. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 12.   --EFAV(X) | | None | J | T | Buy | 12/20/19 | J | | |
| 13.   --USMV(X) | | None | K | T | Buy | 12/20/19 | K | | |
| 14.   --ATEYX (X) | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 15.   --MADCX(X) | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 16. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 17.   --DSEEX(X) | A | Dividend | K | T | Buy | 01/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mensah, Shirley P.** | 12/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | --FTSL | A | Dividend | | | Sold | 01/15/19 | J | | |
| 19. | --TOTL(Y) | | | | | | | | | |
| 20. | --KLCIX | | None | K | T | Buy | 01/15/19 | J | | |
| 21. | | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 22. | --ACGYX(X) | | None | K | T | Buy | 12/20/19 | K | | |
| 23. | --BSIIX(X) | | None | K | T | Buy | 12/20/19 | K | | |
| 24. | --MAHQX(X) | | None | K | T | Buy | 12/20/19 | K | | |
| 25. | -- FDSWX | | None | | | Sold | 01/15/19 | J | | |
| 26. | --Invesco Floating Rate Fund (AFRYX) | | None | | | Sold | 01/15/19 | J | | |
| 27. | -- Loomis Sayles Investment Grade Bond Fund Class A (LSIIX) | A | Dividend | K | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 28. | | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 29. | --LDLFX(X) | A | Dividend | K | T | Buy | 01/15/19 | K | | |
| 30. | | | | | | Buy<br>(add'l) | 02/19/19 | J | | |
| 31. | --WATFX(X) | | None | K | T | Buy | 12/20/19 | K | | |
| 32. | –IJH | A | Dividend | K | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 33. | | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 34. | —IAU | | None | | | Sold | 01/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mensah, Shirley P. | 12/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --HGHIX | | None | | | Sold | 01/15/19 | J | | |
| 36.  --MIOIX | | None | | | Sold | 01/15/19 | J | A | |
| 37.  --GLIFX /MFLZAB | | None | | | Sold | 01/15/19 | J | | |
| 38.  --EMKIX | | None | | | Sold | 01/15/19 | J | | |
| 39.  --FIHBX | | None | | | Sold | 01/15/19 | J | | |
| 40.  --LFRX | | None | | | Sold | 01/15/19 | J | | |
| 41.  --IEMG | | None | | | Sold | 01/15/19 | J | | |
| 42.  --KRE | | None | | | Sold | 01/15/19 | J | | |
| 43.  --CIBR | | None | | | Sold | 01/15/19 | J | | |
| 44.  IRA #2 (H) | | | | | | | | | |
| 45.  -- EFA | A | Dividend | J | T | | | | | |
| 46.  -- VUG | A | Int./Div. | J | T | | | | | |
| 47.  -- VTV | | None | J | T | | | | | |
| 48.  -- VTI | A | Int./Div. | J | T | | | | | |
| 49.  --IEMG | A | Int./Div. | J | T | Buy (add'l) | 04/08/19 | J | | |
| 50. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 51. | | | | | Buy (add'l) | 12/17/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mensah, Shirley P.** | 12/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   --IEFA | A | Dividend | J | T | | | | | |
| 53.   --SCHB | A | Dividend | J | T | Buy<br>(add'l) | 02/22/19 | J | | |
| 54. | | | | | Buy<br>(add'l) | 06/06/19 | J | | |
| 55.   --GOVT | A | Dividend | J | T | Buy<br>(add'l) | 05/10/19 | J | | |
| 56. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 57.   --IEFA | A | Int./Div. | J | T | Buy<br>(add'l) | 04/18/19 | J | | |
| 58. | | | | | Buy<br>(add'l) | 08/27/19 | J | | |
| 59.   --PCY (X) | A | Dividend | J | T | Buy | 08/27/19 | J | | |
| 60.   --USIG (X) | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 61.   UBS EQUITY FOCUS FUND | B | Int./Div. | M | T | | | | | |
| 62.   UBS DIVIDEND STRATEGY FUND | C | Int./Div. | M | T | | | | | |
| 63.   UBS Q GARP LIST FUND | B | Int./Div. | N | T | | | | | |
| 64.   529 Plan #1 (H) | | | | | | | | | |
| 65.   --- Columbia Growth 529 Portfolio Fund<br>Class C (MFZNMV) | | None | L | T | | | | | |
| 66.   -- Columbia Moderate Growth 529 Portfolio<br>Fund Class C (MFZMNW) | | None | L | T | | | | | |
| 67.   529 Plan #2 (H) | | | | | | | | | |
| 68.   -- MFZNMJ (Columbia Growth A) | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mensah, Shirley P.** | 12/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Janus Enterprise Fund D Shares | A | Int./Div. | N | T | | | | | |
| 70. Brokerage Account #1 (Fidelity) (H) | | | | | | | | | |
| 71. -- PFE | | None | J | T | | | | | |
| 72. --Pfizer 401(k) (/H) | | | | | | | | | |
| 73. ---- Fidelity Large Cap Growth | | None | N | T | | | | | |
| 74. ----T Rowe Small Cap Stock | | None | N | T | | | | | |
| 75. ----Dodge & Cox Intl. | | None | | | Sold | 01/15/19 | L | | |
| 76. ----Fidelity Mid Cap Stock Fund | | None | M | T | | | | | |
| 77. ----Pfizer Stock Match | | None | N | T | | | | | |
| 78. -- Russell 2000 Sm Cap Index | | None | M | T | | | | | |
| 79. -- NT S&P 500 index | | None | M | T | | | | | |
| 80. --BP Large Cap Value | | None | M | T | | | | | |
| 81. Brokerage Account #2 (UBS) (H) | | | | | | | | | |
| 82. --ADBE (X) | | None | J | T | Buy | 07/29/19 | J | | |
| 83. --AKAM (X) | | None | J | T | Buy | 07/29/19 | J | | |
| 84. --FTNT(X) | | None | J | T | Buy | 07/29/19 | J | | |
| 85. --JMIA(X) | | None | J | T | Buy | 07/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mensah, Shirley P.** | 12/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  --KLAC(X) | A | Dividend | K | T | Buy | 02/21/19 | J | | |
| 87.  --PYPL (X) | | None | J | T | Buy | 07/29/19 | J | | |
| 88.  --CRM (X) | | None | J | T | Buy | 07/29/19 | J | | |
| 89.  --V(X) | A | Dividend | J | T | Buy | 07/29/19 | J | | |
| 90.  --WDAY (X) | | None | J | T | Buy | 07/29/19 | J | | |
| 91.  --ADAP | | None | | | Sold | 06/10/19 | J | | |
| 92.  --AAPL | A | Dividend | L | T | | | | | |
| 93.  -- AAL/USAIR | A | Dividend | J | T | | | | | |
| 94.  --AMZN | | None | K | T | | | | | |
| 95.  --BAC | A | Dividend | K | T | | | | | |
| 96.  -- BLUE | | None | J | T | | | | | |
| 97.  --BMY | A | Dividend | J | T | | | | | |
| 98.  --BIIB | | None | J | T | | | | | |
| 99.  --BLCM | | None | | | Sold | 06/10/19 | J | | |
| 100.  --CMCSK/CMCSA | A | Dividend | K | T | | | | | |
| 101.  -- DAL | A | Dividend | K | T | | | | | |
| 102.  --DFS | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mensah, Shirley P.** | 12/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -- RE | A | Int./Div. | J | T | | | | | |
| 104. --FB | | None | K | T | | | | | |
| 105. --GS | A | Dividend | J | T | | | | | |
| 106. -- GT | A | Dividend | | | Sold | 11/07/19 | J | | |
| 107. --GOOG | | None | K | T | | | | | |
| 108. --INCY | | None | K | T | | | | | |
| 109. --INTC | A | Dividend | J | T | | | | | |
| 110. -- LEA | A | Dividend | J | T | | | | | |
| 111. --MGA | A | Dividend | K | T | | | | | |
| 112. --MSFT | A | Dividend | K | T | | | | | |
| 113. -- MS | A | Dividend | J | T | | | | | |
| 114. --NP | A | Dividend | J | T | | | | | |
| 115. -- NFLX | | None | K | T | | | | | |
| 116. -- ORBK | | None | | | Sold | 02/12/19 | J | | |
| 117. --REGN | | None | J | T | | | | | |
| 118. -- SANM | | None | J | T | | | | | |
| 119. --SGEN | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mensah, Shirley P.** | 12/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  --LUV | A | Dividend | J | T | | | | | |
| 121.  -- TSLA | | None | | | Sold | 06/28/19 | J | | |
| 122.  -- URI | | None | K | T | | | | | |
| 123.  -- UTHR | | None | J | T | | | | | |
| 124.  -- UEIC | | None | J | T | | | | | |
| 125.  —AL | A | Dividend | J | T | | | | | |
| 126.  —AAOI | | None | | | Sold | 06/10/19 | J | | |
| 127.  —CCBG | A | Dividend | | | Sold | 06/28/19 | J | | |
| 128.  —COBZ | | None | | | Sold | 02/12/19 | J | | |
| 129.  —EBF | A | Dividend | J | T | | | | | |
| 130.  —GE | A | Dividend | J | T | | | | | |
| 131.  —GNBC | | None | | | Sold | 02/12/19 | J | | |
| 132.  —GCBC | A | Dividend | | | Sold | 06/28/19 | J | | |
| 133.  —GBNK | | None | | | Sold | 02/12/19 | J | | |
| 134.  —INTT | | None | | | Sold | 06/10/19 | J | | |
| 135.  —KE | | None | | | Sold | 11/07/19 | J | | |
| 136.  —MBUU | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mensah, Shirley P. | 12/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. —MPB | A | Dividend | | | Sold | 06/28/19 | J | | |
| 138. —MLR | A | Dividend | J | T | | | | | |
| 139. —SORL | | None | | | Sold | 06/10/19 | J | | |
| 140. —TSEM | | None | | | Sold | 06/10/19 | J | | |
| 141. --CQP | A | Dividend | J | T | | | | | |
| 142. --CRSP | | None | K | T | | | | | |
| 143. --EDIT | | None | J | T | | | | | |
| 144. --FSFG | | None | | | Sold | 06/28/19 | J | | |
| 145. --HMN | | None | | | Sold | 06/28/19 | J | | |
| 146. --JCTCF | | None | J | T | | | | | |
| 147. --L | A | Dividend | J | T | | | | | |
| 148. --SBUX | | None | J | T | | | | | |
| 149. --TMHC | | None | J | T | | | | | |
| 150. --VHI | | None | | | Sold | 06/10/19 | J | | |
| 151. Brokerage Acct #3 (Interactive Brokers) (H) | | | | | | | | | |
| 152. -- BIIB | | None | J | T | | | | | |
| 153. -- BLUE | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mensah, Shirley P.** | 12/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. -- CELG/BMY/BMY RT | | None | J | T | | | | | |
| 155. -- GILD | A | Dividend | J | T | | | | | |
| 156. --INCY | | None | J | T | | | | | |
| 157. --REGN | | None | J | T | | | | | |
| 158. –ADAP | A | Dividend | J | T | | | | | |
| 159. —BLCM | | None | J | T | | | | | |
| 160. —BOLD | | None | J | T | | | | | |
| 161. —RGNX | | None | J | T | | | | | |
| 162. —SGEN | | None | J | T | | | | | |
| 163. —VYGR | | None | J | T | | | | | |
| 164. --ADVM | | None | J | T | | | | | |
| 165. --CRSP | | None | J | T | | | | | |
| 166. --EDIT | | None | J | T | | | | | |
| 167. --SLDB | | None | J | T | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mensah, Shirley P.** | 12/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mensah, Shirley P.** | 12/30/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII -Additional Notes:

Assets previously identified as not reportable and designated with a (Y) have either been removed from this report or, if reportable during this period, the Y was removed and information regarding the asset was reported.

Part VII, Line 19 TOTL - this asset was reported as being partially sold Jan. 31, 2018, but it was actually sold in total and was not owned at all during the reporting period.

Line 154 -this asset changed in name only becaue Bristol Myers bought Celegene during the reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Mensah, Shirley P. | 12/30/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shirley P. Mensah**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544